# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Timlin, Robert J. | USDC/CACD/WESTERN DIVISION | 04/28/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge, Senior Status | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

312 N. Spring St., Suite 233
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #1- See Note in Part VIII |
| 2. | Administrator of the Estate of _____ , deceased | See Note in Part VIII |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2013 | State of California, Public Employee Retirement System, Retirement Benefits | $1,147.12 |
| 2. 12/31/2013 | State of California, Judges Retirement System, Retirement Benefits | $142,938.24 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Timlin, Robert J. | 04/28/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Timlin, Robert J. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Account | A | Interest | L | T | | | | | |
| 2. Common Stock General Electric | A | Dividend | J | T | | | | | |
| 3. Common Stock AT&T | A | Dividend | J | T | | | | | |
| 4. Common Stock Microsoft | A | Dividend | J | T | | | | | |
| 5. Common Stock Direct TV Group | | None | J | T | | | | | |
| 6. JP Morgan Chase Account | A | Interest | J | T | | | | | |
| 7. Common Stock Fannie Mae | A | Dividend | J | T | | | | | |
| 8. Union Bank Account (X) | H1 | Interest | P1 | T | Closed | 11/07/13 | P1 | | See Note in Part VIII |
| 9. Union Bank CD (X) | B | Interest | J | T | Matured | 01/29/14 | M | | See Note in Part VIII |
| 10. Common Stock AT&T Inc (X) | D | Dividend | J | T | | | | | See Note in Part VIII |
| 11. Common Stock Bristol Myers Squibb Co. (X) | D | Dividend | J | T | | | | | See Note in Part VIII |
| 12. Common Stock Chevron Corp. (X) | D | Dividend | J | T | | | | | See Note in Part VIII |
| 13. Common Stock Comcast Corp. (X) | A | Dividend | J | T | | | | | See Note in Part VIII |
| 14. Common Stock Eastman Chemical Co. (X) | A | Dividend | J | T | | | | | See Note in Part VIII |
| 15. Common Stock Exxon Mobil Co.(X) | A | Dividend | P1 | T | | | | | See Note in Part VIII |
| 16. Common Stock General Electric Co. (X) | C | Dividend | J | T | | | | | See Note in Part VIII |
| 17. Common Stock HSBC Holdings PLC(X) | A | Dividend | J | T | | | | | See Note in Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Timlin, Robert J. | 04/28/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Common Stock Ingredion Inc. (X) | A | Dividend | K | T | | | | | See Note in Part VIII |
| 19. Common Stock Integrys Energy Group (X) | A | Dividend | K | T | | | | | See Note in Part VIII |
| 20. Common Stock Nisource Inc. (X) | A | Dividend | K | T | | | | | See Note in Part VIII |
| 21. Common Stock Occidental Pete Corp. (X) | A | Dividend | N | T | | | | | See Note in Part VIII |
| 22. Common Stock Pepco Holdings Inc. (X) | A | Dividend | K | T | | | | | See Note in Part VIII |
| 23. Common Stock Raytheon Co. (X) | A | Dividend | J | T | | | | | See Note in Part VIII |
| 24. Common Stock WGL Holdings Inc. (X) | A | Dividend | J | T | | | | | See Note in Part VIII |
| 25. Common Stock Zimmer Holdings Inc. (X) | A | Dividend | J | T | | | | | See Note in Part VIII |
| 26. Common Stock Teradata Corp. (X) | A | Dividend | J | T | | | | | See Note in Part VIII |
| 27. Wells Fargo Bank Account | A | Interest | M | T | Closed | | | M | See Note in Part VIII |
| 28. Wells Fargo Bank Account | A | Interest | M | T | Closed | | | M | See Note in Part VIII |
| 29. 18 U.S. Treasury Bills | G | Interest | N | T | Redeemed | 12/10/12 | | N | See Note in Part VIII |
| 30. Common Stock Delphi Automotive Systems Co. (X) | | None | J | T | | | | | See Note in Part VIII |
| 31. Common Stock General Motors Corp. (X) | | None | J | T | | | | | See Note in Part VIII |
| 32. Common Stock Motors Liquidation Co. (X) | | None | J | T | | | | | See Note in Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1)  Referring to Part I- Positions: My [_____], died intestate on December 10, 2012, and on January 8, 2013, I as sole heir was appointed administrator of his estate, which has been subject to probate proceedings in Arlington, Virginia.  It is my understanding that the assets that were part of the estate of [_____], deceased, are reportable under Part VII, and are therefore listed in Part VII of this Financial Disclosure Report.

2)  The assets reported in Part III, lines 1 and 2 and Part VII, lines 1 through 10  are reportable assets of Trust #1.

3)  Part VII, page 1, lines 8 and 9:  During 2012, Union Bank became a successor to Santa Barbara Bank and Trust, N.A.

4)  The assets reported in Part VII, lines 11-32, are assets of the estate of [_____], deceased, in the form of common stock, liquidated U.S. Treasury bills nad cash which were owned by [_____], who died in Arlington, Virginia on December 10, 2012.  At the time of [____] death, I was his only survivor and he died intestate.  Under the law of Virginia, if a resident of that state dies intestate and his only survivor is a single [_____] administers the deceased's estate under a probate type proceeding.  Consequently, I was appointed by the Arlington County Court on January 8, 2013, the administrator of [____] estate, which includes the assets mentioned above.   The Arlington County Court has approved the statement in lieu of accounting and in essence completed such court proceedings.  In its rulings, the court authorized the date of death values for the cash items, the common stock, and the U.S. Legacy Treasury bills. That date is December 10, 2012 for each of the items listed in lines 11-32.  The common stock reported in Column A in lines 11 through 32 of Part VIII, each of which has "(X)" stated after its name, was inherited by me from [_____] during the aforementioned probate proceedings.

5)  The three common stocks noted in Part VII of the Financial Disclosure Report as Delphi Automotive Systems Corporation (at line 30), General Motors Corporation (at line 31), and Motors Liquidation Company (at line 32) were rejected for transference of title to the trust by the assigned officials of the subject corporations because they are considered worthless and to have no present value.

| Name of Person Reporting | Date of Report |
|---|---|
| Timlin, Robert J. | 04/28/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert J. Timlin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544